UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Keith Farrelly,**

    Plaintiffs,

    vs.                                                                                          10–176 ML

**Gold Key Credit, Inc.,
John and Jane Does**

    Defendants.

_____

### Dismissal Stipulation

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses this action as to all defendants, with prejudice, no costs. This dismissal is done with the consent of the undersigned who represent all of the parties who have appeared, answered or otherwise defended in this matter.

| | |
|---|---|
| The Plaintiffs,<br>By Counsel, | The Defendants,<br>By Counsel, |
| /s/ John T. Longo<br>_____<br>John T. Longo, Esq./#4928<br>Citadel Consumer Litigation, PC<br>681 Smith Street<br>Providence, RI  02908<br>(401) 383-7550<br>Fax (401) 537-9185<br>jtlongo@citadelpc.com | s/ James S. D'Ambra<br>_____<br>James S. D'Ambra, Esq. (#5064)<br>RICE DOLAN & KERSHAW<br>72 Pine Street, Suite 300<br>Providence, RI 02903<br>(401) 272-8800<br>Fax (401) 421-7218 |

**Certificate of Service**

I certify that on _____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and that system gave notice to the parties who had entered their appearance.

/s/ John T. Longo

_____

John T. Longo, Esq./#4928

My File #: FD **3090**